1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   KELSEY FRATES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. 6:17-po-00025-MJS
                                  )
12              Plaintiff,        )   **REQUEST FOR RULE 43 WAIVER; ORDER**
                                  )
13 vs.                            )   Hon. Michael J. Seng
                                  )   Date: April 19, 2017
14 KELSEY FRATES,                 )   Time: 10:00 a.m.
                                  )
15              Defendant.        )
   _____)

16

17      Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Kelsey Frates, having been

18 advised of her right to be personally present at all stages of the proceedings, hereby requests that

19 this Court permit her to waive her right to personally appear for plea and sentencing at the April

20 19, 2017 hearing and that she be allowed to appear by video from the United States District

21 Court in Sacramento, California.[1] This Court has the discretion under Rule 43(b)(2) to allow Ms.

22 Frates to appear by video for plea and sentencing. The government has no objection to this

23 request.

24      On October 4, 2016, Ms. Frates received three citations while in Yosemite National Park,

25 alleging possession of marijuana in violation of 36 C.F.R. § 2.35(b)(2), possession of mushrooms

26 in violation of 36 C.F.R. § 2.35(b)(2), and speeding in violation of 36 C.F.R. § 4.21(c). An initial

27

28
   _____
   [1] At the initial appearance on February 7, 2017, the Court previously granted a defense request for a Rule 43 waiver
   as to all pretrial proceedings. This request seeks a waiver of Ms. Frates's appearance for purposes of plea and
   sentencing.

1  appearance was held in this matter on February 7, 2017, at which time Ms. Frates entered pleas

2  of not guilty to the citations. The parties have reached a resolution in this matter.

3      Ms. Frates currently resides in Rancho Cordova. She has no vehicle and lacks any form

4  of personal transportation for the trip to Yosemite. While public transportation is available, Ms.

5  Frates would be forced to incur significant expense for such a trip. Accordingly, Ms. Frates

6  respectfully requests the Court grant a waiver of her right to be personally present and that she be

7  permitted to appear via video from the United States District Court in Sacramento, California.

8  The defense is in the process of arranging a video conference with the district court in

9  Sacramento.

10                              Respectfully submitted,

11                              HEATHER E. WILLIAMS
12                              Federal Defender

13  Date: April 13, 2017          */s/ Reed Grantham*
                              REED GRANTHAM
14                              Assistant Federal Defender
                              Attorney for Defendant
15                              KELSEY FRATES

16

17

18                        **O R D E R**

19      **GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal

20  appearance and request to appear via video at the hearing in Case No. 6:17-po-00025-MJS, is

21  hereby accepted and adopted as the order of this Court.

22

23  IT IS SO ORDERED.

24

25  Dated:   April 14, 2017          /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE
26

27

28

Frates – Request for Rule 43 Waiver

2