| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | KELSEY M. FRATES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00025-MJS |
|---|---|
| Plaintiff, | **MOTION TO VACATE MARCH 20, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| KELSEY M. FRATES, | |
| Defendant. | |

Defendant Kelsey Frates hereby requests that the Court vacate the March 20, 2018 review hearing. The Government is in agreement with the request.

On April 19, 2017, pursuant to a deferred entry of judgment agreement, the Court sentenced Ms. Frates to 12 months of unsupervised probation, with the conditions that she obey all laws and advise the Court and the Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Ms. Frates to pay a $600 fine within the first ten months of probation.

Ms. Frates has paid off her fine and has had no new violations of law. Accordingly, Ms. Frates respectfully requested that this Court vacate the March 20, 2018 review hearing.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 12, 2018
*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
KELSEY M. FRATES

## **O R D E R**

Based on the parties' joint representation that Ms. Frates is in compliance with the conditions of her probation, the Court vacates the March 20, 2018 review hearing in Case No. 6:17-po-00025-MJS.

IT IS SO ORDERED.

Dated: March 13, 2018   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Frates - Motion to Vacate