| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | KELSEY FRATES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00025 |
|---|---|
| Plaintiff, | **MOTION TO DISMISS; ORDER** |
| vs. | |
| KELSEY FRATES, | |
| Defendant. | |

Defendant Kelsey Frates hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On April 19, 2017, Ms. Frates pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Frates a deferred entry of judgment under 18 U.S.C. § 3607(a). On March 13, 2018, the Court vacated Ms. Frates's review hearing as Ms. Frates had fully complied with the terms of her probation. Ms. Frates's probation expired on April 19, 2018.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Ms. Frates's term of probation has expired, and she did not violate any condition of her probation. Accordingly, Ms. Frates requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 7, 2018            */s/ Hope Alley*
                                      HOPE ALLEY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      KELSEY FRATES

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Ms. Frates in *United States v. Frates*, Case No. 6:17-po-00025.

IT IS SO ORDERED.

Dated:   September 10, 2018                              
                                                    UNITED STATES MAGISTRATE JUDGE